**Jack PLEVA et al., Plaintiffs-Appellants, v. George Z. MEDALIE, as United States Attorney, etc., Defendant-Appellee.**

No. 328.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

Benjamin F. Spellman, of New York City, for appellants.

George Z. Medalie, U. S. Atty., of New York City (J. Edward Lumbard, Jr., Maurice De Koven, and Seymour M. Klein, Asst. U. S. Attys., all of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open Court.